JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff DIANA VAN BREE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANA VAN BREE,<br><br>             Plaintiff,<br><br>vs.<br><br>JT4, LLC, a Delaware Limited Liability Company; BARBARA M. BARRETT, Secretary, UNITED STATES AIR FORCE<br><br>             Defendants. | Case No.:  2:20-cv-788<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

THE UNDERSIGNED, counsel of record for Plaintiff certifies that the following have an interest in the outcome of this case:   There are no known interested parties or persons other than those participating in this case.

These representations are made to enable the judges of the court to evaluate possible recusal.

DATED April 30, 2020

                                    /s/ James P. Kemp
                              JAMES P. KEMP, ESQUIRE
                              Nevada Bar No. 006375
                              Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of the CERTIFICATE OF INTERESTED PARTIES was served on the following as indicated:

All Parties Registered
Through the CM/ECF system.

DATED April 30, 2020

                  /s/ James P. Kemp
                 An employee of KEMP & KEMP, Attorneys at Law

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983