JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
*Attorneys for Plaintiff Diana Van Bree*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
***

| | |
|---|---|
| DIANA VAN BREE, | Case No.: 2:20-cv-788-RBF-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS [ECF No. 14]** |
| JT4, LLC, a Delaware Limited Liability Company; | |
| Defendant. | |
| | **[FIRST REQUEST]** |

THE PARTIES, by and though their undersigned counsel of record, hereby stipulate that the Plaintiff shall have an extension of time to file an opposition to Defendant's Partial Motion to Dismiss (ECF No. 14) from the current deadline of September 22, 2020 to and including **October 6, 2020.**

The reason for the extension is that Plaintiff's counsel has informed Defense counsel that he has been ill with an infection that has prevented him from working full-duty since September 2, 2020 and he has only been able to work approximately 4 hours per day.  This has resulted in delays in completing work including the opposition due in this case.

Additionally, the court and the Defendant should be advised that attorneys from Gilbert Employment Law in Silver Spring, Maryland are expected to make applications to appear *pro hac vice* in the near future and they will be assisting in the opposition in this matter.

1

This stipulation for an extension of time is brought in good faith and not merely for purposes of delay.

Respectfully submitted this 17th day of September, 2020.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Deverie J. Christensen* | */s/ James P. Kemp* |
| Deverie J. Christensen, Bar No. 6596 | James P. Kemp, Bar No. 6375 |
| Lynne McChrystal, Bar No. 14739 | 7435 W. Azure Drive, Suite 100 |
| 300 S. Fourth Street, Suite 900 | Las Vegas, Nevada 89130 |
| Las Vegas, Nevada 89101 | *Attorney for Plaintiff Stephen Musin* |
| Attorneys for JT4, LLC | |

## ORDER

IT IS SO ORDERED this  17th day of September, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE