Deverie J. Christensen
Nevada State Bar No. 6596
Lynne McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

*Attorney for Defendant JT4, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA VAN BREE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JT4, LLC, a Delaware Limited Liability Company, BARBARA M. BARRETT, Secretary, UNITED STATES AIR FORCE,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00788-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JT4, LLC TO FILE ITS REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [14]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant JT4, LLC ("Defendant") be granted a seven (7) day extension beyond the October 13, 2020 deadline to file its Reply In Support Of Partial Motion to Dismiss Plaintiff's First Amended Complaint [14], up to and including October 20, 2020. This stipulation is submitted and based upon the following:

Undersigned Lead Defense Counsel had an unexpected death in the family last night and is traveling out of state to be with family and attend to funeral services the next few days, returning on Monday, October 12, the day prior to the current deadline to file a reply.

Therefore, Plaintiff's counsel has kindly agreed, and the Parties hereby stipulate, that Defendant shall have up to and including October 20, 2020, to file its Reply In Support Of Partial

Motion to Dismiss Plaintiff's First Amended Complaint.

This request is made in good faith and not for the purpose of delay.

Dated this 7th day of October, 2020.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Deverie J. Christensen* <br> Deverie J. Christensen <br> Nevada State Bar No. 6596 <br> Lynne McChrystal <br> Nevada State Bar No. 14739 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *JT4, LLC* | */s/ James P. Kemp* <br> James P. Kemp, Esq. <br> Nevada State Bar No. 6375 <br> 7435 W. Azure Drive, Ste. 110 <br> Las Vegas, Nevada 89130 <br><br> *Attorney for Plaintiff* <br> *Diana Van Bree* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of October, 2020.

4817-9539-0158, v. 1