Deverie J. Christensen
Nevada State Bar No. 6596
Lynne McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

*Attorney for Defendant JT4, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA VAN BREE, | Case No. 2:20-cv-00788-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |
| vs. | |
| JT4, LLC, a Delaware Limited Liability Company, BARBARA M. BARRETT, Secretary, UNITED STATES AIR FORCE, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to continue the Early Neutral Evaluation ("ENE") Session currently scheduled for December 1, 2020 at 9:30 a.m. The Parties are available to continue the ENE on the following dates: January 13, 14, 15, 19, 20 or 21, 2021, or to otherwise move the ENE Session to a date as soon thereafter as the Court is available.

Continuing the ENE Session is necessary to facilitate a meaningful settlement discussion between the parties because it has taken the past six (6) weeks to obtain authorization and approval from the United States Air Force to plan a proposed accommodation for the Plaintiff (which is confidential and about which the Court is already aware), and to clear security requirements prior to starting the proposed accommodation. The parties have worked diligently to implement the accommodation prior to the ENE Session on December 1, but were unable to do so in light of necessary USAF authorization. This morning Counsel for Defendant learned, and

shared with Plaintiff's Counsel, that security requirements are being cleared between the Parties (which the Parties cannot further disclose to their respective counsels), and the accommodation will be implemented on December 1 or 2, 2020.

In order to resolve this case at the ENE Session, the Parties first need to implement the accommodation and try it for a period. The Parties believe a settlement is far more likely once the Parties have implemented the accommodation and determined its efficacy after a trial period. Thus, the Parties are requesting to continue the ENE Session on December 1 to provide the Parties at least 30 days to implement and assess the accommodation.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 23rd day of November, 2020.

| JACKSON LEWIS LLP | KEMP & KEMP |
|---|---|
| */s/ Deverie J. Christensen* <br> Deverie J. Christensen <br> Nevada State Bar No. 6596 <br> Lynne McChrystal <br> Nevada State Bar No. 14739 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *JT4, LLC* | */s/ James P. Kemp* <br> James P. Kemp, Esq. <br> Nevada State Bar No. 6375 <br> 7435 W. Azure Drive, Ste. 110 <br> Las Vegas, Nevada 89130 <br><br> *Attorney for Plaintiff* <br> *Diana Van Bree* |

## ORDER OF THE COURT

**IT IS HEREBY ORDERED**, the Early Neutral Evaluation session scheduled on December 1, 2020, will be continued to January 19 _____, 2021, beginning at 9:30 a.m.

_____
U.S. ~~District Court Judge/~~Magistrate Judge

Dated: November 24, 2020

4853-2350-1778, v. 3