# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIANA VAN BREE,

    Plaintiff(s),

v.

JT4, LLC, et al.,

    Defendant(s).

Case No.: 2:20-cv-00788-RFB-VCF

**Order**

    The ENE in this case was continued due to evolving circumstances. Docket No. 27. The Court is also aware based on filings in other cases that counsel may be dealing with health issues. No later than January 14, 2021, the parties must file a joint status report indicating whether they believe it is best to proceed with the ENE as currently scheduled on January 19, 2021. In lieu of that status report, the parties may file a stipulation to continue the ENE or may seek other relief.

    IT IS SO ORDERED.

    Dated: January 12, 2021

                                                         Nancy J. Koppe
                                                         United States Magistrate Judge