# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIANA VAN BREE,

    Plaintiff(s),

v.

JT4, LLC, et al.,

    Defendant(s).

Case No.: 2:20-cv-00788-RFB-VCF

**Order**

[Docket No. 31]

Pending before the Court is a stipulation to continue the early neutral evaluation. Docket No. 31. For good cause shown, the stipulation is GRANTED and the ENE is continued to 9:30 a.m. on April 1, 2021. ENE statements must be submitted by 3:00 p.m. on March 25, 2021. *See* Docket No. 10.

IT IS SO ORDERED.

Dated: January 14, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1