# U.S. DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIANA VAN BREE,<br><br>  Plaintiff,<br>vs.<br><br>JT4, LLC, a Delaware Limited Liability Company;<br><br>  Defendant. | Case No.: 2:20-cv-788-RFB-VCF<br><br>**ORDER** |

## ORDER

Before this Court is Plaintiff Diana Van Bree's Motion for Brief Extension of Stay and Status Conference, which was filed on September 1, 2022, wherein Plaintiff Van Bree seeks an extension of 30 days of the September 23, 2022, stay and status conference. Considering any responses and replies filed thereto, this Court finds good cause for Plaintiff Van Bree's request. Therefore, Plaintiff Van Bree's Motion is hereby GRANTED. The current status conference, scheduled for September 23, 2022, is hereby VACATED, and rescheduled for a time and date to be determined by this Court. The stay SHALL be extended through the date of the rescheduled status conference.

IT IS SO ORDERED.

*[signature]*

Honorable Cam Ferenbach
U.S. Magistrate Judge

September 19, 2022
Date

IT IS HEREBY ORDERED that the status hearing is rescheduled to 1:00 PM, October 25, 2022, courtroom 3D.