UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIANA VAN BREE,<br><br>　　　　　　　　Plaintiff<br>　　v.<br>FRANK KENDALL, III.<br><br>　　　　　　　　Defendant | Case No. 2:22-cv-01038-MMD-BNW |
| DIANA VAN BREE,<br><br>　　　　　　　　Plaintiff<br>　　v.<br>JT4, LLC,<br><br>　　　　　　　　Defendant | *and related case*<br><br>Case No. 2:20-cv-00788-CDS-VCF<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge under Local Rule 42-1(a). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

///

///

Accordingly, it is hereby ordered that Case No. 2:22-cv-01038-MMD-BNW is reassigned to District Judge Cristina D. Silva and Magistrate Judge Cam Ferenbach, and all future pleadings must bear case number 2:22-cv-01038-CDS-VCF.

DATED THIS 28th Day of December 2022.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE