JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com

Gary M. Gilbert, Esq.
*Pro Hac Vice Admission*
James A. Hill, Esq.
*Pro Hac Vice Admission*
GILBERT EMPLOYMENT LAW, P.C.
610 South Ninth Street
Las Vegas, NV 89101
Tel: (301) 608-0880; Fax: (301) 608-0881
gary-efile@gelawyer.com
jhill-efile@gelawyer.com

Attorneys for Plaintiff
*Diana Van Bree*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA VAN BREE, | Case No. 2:20-cv-00788-CDS-VCF |
| Plaintiff, | |
| vs. | |
| JT4, LLC, a Delaware Limited Liability Company, | |
| Defendant. | |
| DIANA VAN BREE, | Case No. 2:20-cv-01038-CDS-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY DISCOVERY (FIRST REQUEST) AND TO REFER CASES TO SETTLEMENT CONFERENCE** |
| FRANK KENDALL III, SECRETARY, UNITED STATES AIR FORCE, | |
| Defendant. | |

1

IT IS HEREBY STIPULATED, pursuant to Local Rules 7-1, IA 6-1, and IA 6-2 of the Local Rules of Practice, by and between Plaintiff DIANA VAN BREE, by and through her undersigned counsel, Defendant JT4, LLC, by and through its undersigned counsel, and Defendant FRANK KENDALL III, SECRETARY, UNITED STATES AIR FORCE, by and through its undersigned counsel, hereinafter referred to collectively as "THE PARTIES," hereby agree and stipulate to the following:

1. The PARTIES hereby request to have the above-captioned cases referred for a Settlement Conference with UNITED STATES MAGISTRATE JUDGE CAM FERENBACH in an effort to reach a global resolution in the above-captioned cases. Given that discovery in these cases is anticipated to implicate classified, sensitive, and restricted unclassified information, which is anticipated to require court intervention to resolve, the PARTIES are interested in working in good faith to globally resolve the matter prior to embarking on extensive discovery. The PARTIES believe that a Settlement Conference with Magistrate Judge Ferenbach would benefit settlement discussions provided Magistrate Judge Ferenbach's familiarity with the facts and law at issue in the above-captioned cases.

2. The PARTIES also stipulate to and request a STAY of all remaining PRETRIAL DEADLINES while scheduling and participating in a Settlement Conference. By Order on October 7, 2020, this Court GRANTED the STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER, which set the discovery cut-off date for April 12, 2021. (ECF No. 20). By Orders dated March 22, 2021 (ECF No. 39), June 14, 2021 (ECF No. 44), and August 12, 2021 (ECF No. 48), this Court GRANTED Stipulations to Extend Discovery Deadlines on three separate occasions. This Court, by Order on September 16, 2021 (ECF No. 58), GRANTED in PART and DENIED in PART Defendant JT4, LLC's Emergency

Motion For Protective Order Or, Alternatively, To Stay Discovery Pending Joinder of A Necessary Party (ECF No. 49), whereby the Court STAYED Discovery for Six (6) Months, and by subsequent Orders in response to requests for extension, continued the STAY of Discovery. On November 11, 2022, Defendant UNITED STATES AIR FORCE filed its Answer, and on January 17, 2023, this Court GRANTED the PARTIES Stipulation to Consolidate Related Cases Pursuant to FRCP 42(a) and LR 42-1(b) and ORDERED that Case No. 2:20-cv-00788-CDS-VCF serve as the lead case. (ECF No. 72). By Order issued on February 22, 2023, this Court GRANTED the PARTIES JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO COURT ORDER (ECF NO. 75) and set the discovery cut-off date for October 16, 2023. (ECF No. 77).

3. This is the FIRST stipulation for modification of the February 22, 2023 JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO COURT ORDER (ECF NO. 75) subsequent to the consolidation of the above-captioned cases and is made for good cause. The PARTIES believe temporarily refraining from continued discovery practice and any anticipated motions practice while the parties discuss settlement will provide the best potential for global resolution of the above-captioned cases.

4. In the event settlement is unsuccessful, the PARTIES agree to meet and confer, and submit a REVISED JOINT DISCOVERY PLAN AND SCHEDULING ORDER for this Court's consideration and approval by no later than twenty-one (21) days following the conclusion of any scheduled Settlement Conference.

Accordingly, the PARTIES hereby request that all remaining PRETRIAL DEADLINES in the above-captioned matters be STAYED and that the matters be REFERRED TO MAGISTRATE JUDGE FERENBACH for a SETTLEMENT CONFERENCE at the Court's earliest convenience.

//

DATED: August 29, 2023

| | |
|---|---|
| /s/ James P. Kemp | /s/Deverie J. Christensen |
| James. P. Kemp, Esq. | Deverie J. Christensen, Esq. |
| KEMP & KEMP | Nevada State Bar No. 6375 |
| 7435 W. Azure Drive, Ste 110 | Lynne K. McChrystal, Esq. |
| Las Vegas, NV 89130 | Nevada State Bar No. 14739 |
| Tel: (702) 258-1183; Fax: (702) 258-6983 | Hilary A. Williams, Esq. |
| | Nevada State Bar No. 14645 |
| AND | JACKSON LEWIS P.C. |
| | 300 S. Fourth Street, Suite 900 |
| Gary M. Gilbert, Esq. | Las Vegas, NV 89101 |
| (Pro Hac Vice Admission) | Ph: (702) 921-2460 |
| James A. Hill, Esq. | |
| (Pro Hac Vice Admission) | *Counsel for Defendant JT4, LLC* |
| GILBERT EMPLOYMENT LAW, P.C. | |
| 8403 Colesville Rd, Suite 1000 | |
| Silver Spring, MD 20910 | |
| Tel: (301) 608-0880; Fax: (301) 608-0881 | |

*Counsel for Plaintiff Diana Van Bree*

/s/Skyler H. Pearson
Jason M. Frierson, Esq.
United States Attorney
Skyler H. Pearson, Esq.
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd., So., Suite 1100
Las Vegas, NV 89101

*Counsel for Defendant Frank Kendall III,
Secretary, United States Air Force*

## **ORDER**

IT IS SO ORDERED _____September 14_____, 2023

_____
U.S. ~~District Judge~~/Magistrate Judge

4