# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Diana Van Bree,

          Plaintiff(s),

v.

JT4, et al.,

          Defendant(s).

2:20-cv-00788-CDS-VCF

**ORDER**

Before the court is the United States' request for exception to settlement conference attendance requirements. ECF No. 81.

Accordingly,

IT IS HEREBY ORDERED that any opposition to the United States' request for exception to settlement conference attendance requirements (ECF No. 81), must be filed on or before November 15, 2023. No reply necessary.

DATED this 9th day of November 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE