JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com

Gary M. Gilbert, Esq.
*Pro Hac Vice Admission*
James A. Hill, Esq.
*Pro Hac Vice Admission*
GILBERT EMPLOYMENT LAW, P.C.
610 South Ninth Street
Las Vegas, NV 89101
Tel: (301) 608-0880; Fax: (301) 608-0881
gary-efile@gelawyer.com
jhill-efile@gelawyer.com

Attorneys for Plaintiff
*Diana Van Bree*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA VAN BREE, | Case No. 2:20-cv-00788-CDS-VCF |
| Plaintiff, | |
| vs. | |
| JT4, LLC, a Delaware Limited Liability Company, | |
| Defendant. | |
| DIANA VAN BREE, | Case No. 2:20-cv-01038-CDS-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR EXTENSION OF TIME TO FILE A REVISED JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| FRANK KENDALL III, SECRETARY, UNITED STATES AIR FORCE, | |
| Defendant. | |

1

In accordance with LR IA 6-1, Plaintiff Diana Van Bree ("Plaintiff"), Defendant JT4, LLC ("JT4"), and Defendant United States Air Force ("Air Force"), by and through their respective counsel, hereby stipulate and request a brief extension of time to meet and confer and submit a Proposed Revised Joint Discovery Plan and Scheduling Order pursuant to the Court's Order (ECF No. 79). For the following reasons, the parties respectfully request an additional thirty (30) days to submit a Revised Joint Discovery Plan and Scheduling Order. This is the first stipulation for extension of time to submit a Revised Joint Discovery Plan and Scheduling Order.

On September 14, 2023, the Court issued an Order on Stipulation for Stay and Referral to Settlement Conference. In that Order, the parties are required to meet and confer, and submit a Revised Joint Discovery Plan and Scheduling Order for this Court's consideration and approval within twenty-one (21) days following the conclusion of any scheduled settlement conference to if no settlement resolution was reached. The parties participated in a settlement conference on November 29, 2023, which resulted in an impasse. As such, the deadline for the parties to submit a Revised Joint Discovery Plan and Scheduling Order is currently December 20, 2023.

The parties require an additional thirty (30) days, or until January 19, 2024, to meet and confer, and submit a Revised Joint Discovery Plan and Scheduling Order due to a variety of reasons. Counsel for the U.S. Air Force is currently out of the office through around January 2, 2024, and Counsel for Ms. Van Bree, Gary Gilbert, is also out of the office through the first week of January 2024. Additionally, Counsel for JT4, LLC, is currently ill and out of the office. Finally, although the parties began the meet and confer process prior to today, Counsel for Ms. Van Bree, James Hill, has had limited availability over the prior few weeks due to a 4-day hearing, occurring between December 11-14, 2023, for a separate case. As such, this request for extension is made in

good faith and with good cause shown, and is not intended to cause unnecessary delay in the processing of this matter.

      Therefore, for the aforementioned reasons, the parties respectfully request an extension of **thirty (30) days, or until January 19, 2024**, to meet and confer, and submit a Revised Joint Discovery Plan and Scheduling Order for this Court's consideration.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

DATED: December 20, 2023

| | |
|---|---|
| /s/*James A. Hill* | /s/*Hilary A. Williams* |
| James. P. Kemp, Esq. | Deverie J. Christensen, Esq. |
| KEMP & KEMP | Nevada State Bar No. 6375 |
| 7435 W. Azure Drive, Ste 110 | Hilary A. Williams, Esq. |
| Las Vegas, NV 89130 | Nevada State Bar No. 14645 |
| Tel: (702) 258-1183; Fax: (702) 258-6983 | JACKSON LEWIS P.C. |
| | 300 S. Fourth Street, Suite 900 |
| AND | Las Vegas, NV 89101 |
| | Ph: (702) 921-2460 |
| Gary M. Gilbert, Esq. | |
| (Pro Hac Vice Admission) | *Counsel for Defendant JT4, LLC* |
| James A. Hill, Esq. | |
| (Pro Hac Vice Admission) | |
| GILBERT EMPLOYMENT LAW, P.C. | |
| 8403 Colesville Rd, Suite 1000 | |
| Silver Spring, MD 20910 | |
| Tel: (301) 608-0880; Fax: (301) 608-0881 | |

*Counsel for Plaintiff Diana Van Bree*

/s/*Patrick A. Rose, for Skyler H. Pearson*
Jason M. Frierson, Esq.
United States Attorney
Skyler H. Pearson, Esq.
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd., So., Suite 1100
Las Vegas, NV 89101

*Counsel for Defendant Frank Kendall III,*
*Secretary, United States Air Force*

## ORDER

IT IS SO ORDERED                    December 21       , 2023

_____
U.S. Magistrate Judge

4