JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com

Gary M. Gilbert, Esq.
*Pro Hac Vice Admission*
James A. Hill, Esq.
*Pro Hac Vice Admission*
GILBERT EMPLOYMENT LAW, P.C.
610 South Ninth Street
Las Vegas, NV 89101
Tel: (301) 608-0880; Fax: (301) 608-0881
gary-efile@gelawyer.com
jhill-efile@gelawyer.com

Attorneys for Plaintiff
*Diana Van Bree*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA VAN BREE, | Case No. 2:20-cv-00788-CDS-MDC |
| Plaintiff, | |
| vs. | |
| JT4, LLC, a Delaware Limited Liability Company, | |
| Defendant. | |
| DIANA VAN BREE, | Case No. 2:20-cv-01038-CDS-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR EXTENSION OF TIME OF REMAINING DEADLINES IN REVISED JOINT DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |
| FRANK KENDALL III, SECRETARY, UNITED STATES AIR FORCE, | |
| Defendant. | |

1

In accordance with LR IA 6-1, Plaintiff Diana Van Bree ("Plaintiff"), as well as Defendants JT4, LLC ("JT4") and United States Air Force (the "Air Force") ("Defendants") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and request an extension of the deadlines in the Revised Joint Discovery Plan and Scheduling Order (ECF No. 89). For the following reasons, the Parties respectfully request an additional sixty (60) days for all remaining deadlines. This is the first stipulation for extension of time of deadlines outlined in the Revised Joint Discovery Plan and Scheduling Order but the second stipulation for extension of time related to the Revised Joint Discovery Plan and Scheduling Order generally.

1. On May 31, 2024, Plaintiff propounded written discovery requests onto the Air Force and, separately, letter correspondence to JT4, requesting responses to previously propounded written discovery requests.

2. On June 3, 2024, the Air Force filed a Motion to Appear, Substitute, and Withdraw Attorney of Record, (ECF No. 91), wherein this Court and the Parties received notice of new counsel of record for the Air Force.

3. Shortly thereafter, the Air Force raised concerns about Plaintiff's written discovery requests to Defendants seeking sensitive and classified information that required a certain level of security clearance, and requested to meet and confer about the issue, along with other anticipated motion practice.

4. On June 7, 2024, the Parties telephonically met and conferred about the written discovery issue and other case-related matters. The Air Force notified the Parties of the anticipated length of time (several months to one year) to process applications for the security clearance level necessary to access and review the information responsive to Plaintiff's requests and suggested a stay of all deadlines to allow for such processing. Plaintiff

expressed concern, and subsequently disagreed with the need for a stay given the potential for alternatives.

5. The Parties continued to meet and confer via email during the week of June 10, 2024, and ultimately agreed to jointly stipulate to a 60-day extension of all remaining deadlines to allow Defendants to file an appropriate Motions related to its concerns regarding classified information responsive to discovery, while also permitting discovery to move forward as appropriate and to the extent possible given the above security clearance issues. The Parties also agreed to a 60-day extension, to August 30, 2024, for the Defendants to respond to Plaintiff's respective written discovery requests to Defendants that were due on July 1, 2024.

This request for extension is made in good faith, with good cause shown, and is not intended to cause unnecessary delay in the processing of this matter. Therefore, for the aforementioned reasons, the Parties respectfully request an extension of **sixty (60) days**, of all remaining deadlines in the Revised Joint Discovery Plan and Scheduling Order as follows:

| **Revised Joint Discovery Plan and Scheduling Order** | **Current Date** | **Requested Date** |
|---|---|---|
| Discovery Cut-Off | August 16, 2024 | **October 15, 2024** |
| FRCP 26(a)(2) Disclosures (Expert & Reports) | June 17, 2024 | **August 16, 2024** |
| Disclosure of Rebuttal Experts & Reports | July 17, 2024 | **September 16, 2024** |
| Dispositive Motions | September 16, 2024 | **November 15, 2024** |
| Pretrial Order | October 16, 2024 | **December 16, 2024** |

//

//

//

3

//

DATED: June 17, 2024

| /s/*James A. Hill* | /s/*Deverie J. Christensen* |
|---|---|
| James. P. Kemp, Esq. | Deverie J. Christensen, Esq. |
| KEMP & KEMP | Nevada State Bar No. 6375 |
| 7435 W. Azure Drive, Ste 110 | Lynne K. McChrystal, Esq. |
| Las Vegas, NV 89130 | Nevada State Bar No. 14739 |
| Ph: (702) 258-1183; Fax: (702) 258-6983 | Hilary A. Williams, Esq. |
| | Nevada State Bar No. 14645 |
|     AND | JACKSON LEWIS P.C. |
| | 300 S. Fourth Street, Suite 900 |
| Gary M. Gilbert, Esq. | Las Vegas, NV 89101 |
| (Pro Hac Vice Admission) | Ph: (702) 921-2460 |
| James A. Hill, Esq. | |
| (Pro Hac Vice Admission) | *Counsel for Defendant JT4, LLC* |
| GILBERT EMPLOYMENT LAW, P.C. | |
| 8403 Colesville Rd, Suite 1000 | |
| Silver Spring, MD 20910 | |
| Ph: (301) 608-0880; Fax: (301) 608-0881 | |

*Counsel for Plaintiff Diana Van Bree*

/s/*Reem Blaik*
Jason M. Frierson, Esq.
United States Attorney
Reem Blaik, Esq.
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd., So., Suite 1100
Las Vegas, NV 89101
Ph: (702) 388-6336
*Counsel for Defendant Frank Kendall III,*
*Secretary, United States Air Force*

## **ORDER**

For future filings, the placement of the signature block must comply with LR IA 6-2.

    IT IS SO ORDERED

    Dated: 6/20/24

                                                Hon. Maximiliano D. Couvillier III
                                                United States Magistrate Judge