JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com

Gary M. Gilbert, Esq.
*Pro Hac Vice Admission*
James A. Hill, Esq.
*Pro Hac Vice Admission*
GILBERT EMPLOYMENT LAW, P.C.
610 South Ninth Street
Las Vegas, NV 89101
Tel: (301) 608-0880; Fax: (301) 608-0881
gary-efile@gelawyer.com
jhill-efile@gelawyer.com

Attorneys for Plaintiff *Diana Van Bree*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA VAN BREE,<br><br>   Plaintiff,<br><br> vs.<br><br>JT4, LLC, a Delaware Limited Liability Company,<br><br>   Defendant. | Case No. 2:20-cv-00788-CDS-MDC |
| DIANA VAN BREE,<br><br>   Plaintiff,<br><br> vs.<br><br>FRANK KENDALL III, SECRETARY, UNITED STATES AIR FORCE,<br><br>   Defendant. | Case No. 2:20-cv-01038-CDS-MDC<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT FRANK KENDALL III, SECRETARY, UNITED STATES AIR FORCE'S MOTION TO STAY DISCOVERY (ECF No. 95) (FIRST REQUEST)** |

THE PARTIES, by and though their undersigned counsel of record, hereby stipulate that the Plaintiff Diana Van Bree and Defendant JT4, LLC shall have an extension of time to file responses to Defendant Frank Kendall III, Secretary, United States Air Force's Motion to Stay Discovery (ECF No. 95) from the current deadline of September 27, 2024, to and including **October 4, 2024.**

The reason for the extension is that Plaintiff's counsel has been preparing for a bench trial in a different matter before the U.S. District Court for the District of Maryland that is scheduled for October 15-16, 2024, which involves a deadline of October 1, 2024 for a Joint Pre-Trial Order and other trial-related preparation. Additionally, Plaintiff's counsel has been preparing for depositions in a separate matter originally scheduled for September 27, 2024, and September 30, 2024, but have since been rescheduled due to substantial discovery production involving more than 1,000 documents being produced late last night, September 25, 2024, which now requires counsel to perform additional discovery-related tasks for that matter. Finally, as of recent, Plaintiff's counsel is experiencing the onset of an illness that may require leave, and one of Plaintiff's counsel has been traveling and on leave this past week (week of September 23, 2024). Despite best efforts, the cumulative effect of this has resulted in delays in completing work including the response due in this case.

Additionally, JT4's undersigned counsel needs a brief extension to respond to the Motion due to unanticipated deadlines, depositions, and matters that undersigned counsel was required to cover after two attorneys unexpectedly left her office in the past two weeks. As the Office Managing Principal, JT4's counsel is responsible for supervising, managing, and covering cases and deadlines when an attorneys depart, and counsel needs an additional week to file a response to the Motion.

This is the first request to extend the deadline for Plaintiff and Defendant JT4 to file responses to Defendant United States Air Force's Motion. This stipulation for an extension of time is brought in good faith and not merely for purposes of delay.

/ / /

/ / /

Respectfully submitted this 26th day of September, 2024.

/s/ *James A. Hill*
James. P. Kemp, Esq.
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
Ph: (702) 258-1183; Fax: (702) 258-6983

AND

Gary M. Gilbert, Esq.
(Pro Hac Vice Admission)
James A. Hill, Esq.
(Pro Hac Vice Admission)
GILBERT EMPLOYMENT LAW, P.C.
8403 Colesville Rd, Suite 1000
Silver Spring, MD 20910
Ph: (301) 608-0880; Fax: (301) 608-0881

*Counsel for Plaintiff Diana Van Bree*

/s/ *Reem Blaik*
Jason M. Frierson, Esq.
United States Attorney
Reem Blaik, Esq.
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd., So., Suite 1100
Las Vegas, NV 89101
Ph: (702) 388-6336
*Counsel for Defendant Frank Kendall III, Secretary, United States Air Force*

/s/ *Deverie J. Christensen*
Deverie J. Christensen, Esq.
Nevada State Bar No. 6375
Hilary A. Williams, Esq.
Nevada State Bar No. 14645
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Ph: (702) 921-2460
*Counsel for Defendant JT4, LLC*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 9/30/24