1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  REEM BLAIK
   Assistant United States Attorney
4  Nevada Bar No. 16386
   U.S. Attorney's Office
5  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
6  Telephone: (702) 388-6336
   Reem.Blaik@usdoj.gov
7
   *Attorneys for Federal Defendant*
8
                    **UNITED STATES DISTRICT COURT**
9                       **DISTRICT OF NEVADA**

10  Diana Van Bree,                          Case No. 2:20-cv-00788-CDS-MDC

11              Plaintiff,

12       v.

13  JT4, LLC, a Delaware Limited Liability
    Company.
14
                Defendant.
15

16  Diana Van Bree,                          Case No. 2:22-cv-01038-CDS-MDC

17              Plaintiff,

18       v.
                                             **Stipulation and Order Extending Federal**
19  Frank Kendall III, Secretary, United     **Defendant's Deadline to File a Reply in**
    States Air Force,                         **Support of Federal Defendant's Motion to**
20                                            **Stay Discovery and Defendant JT4, LLC's**
                Defendant.                    **Deadline to File Joinder in Federal**
21                                            **Defendant's Reply (First Request)**

22

23          Pursuant to FRCP 6(b)(1)(A), LR IA 6-1, and LR 26-3, the Parties, by and though

24  their undersigned counsel of record, hereby stipulate to extending Federal Defendant's

25  deadline to file a reply and Defendant JT4, LLC's deadline to file a joinder in Federal

26  Defendant's reply in support of Federal Defendant's Motion to Stay Discovery by seven (7)

27  days. This request would move the Defendants' respective deadline to file a reply or joinder

28

from October 11, 2024, to **October 18, 2024**. The standard for extending time is good cause. See FRCP 6(b)(1)(A).

Federal Defendant has been diligently preparing its reply, and requires this brief extension of time to finalize its reply. Accordingly, Federal Defendant has good cause to request a 7-day extension to file its reply. Defendant JT4, LLC joined in Federal Defendant's Motion and may file a joinder in Federal Defendant's reply in support of the Motion. However, Defendant JT4, LLC cannot file a joinder in the Federal Defendant's reply until such reply is filed with the Court. Accordingly, Defendant JT4, LLC requires an extension to file a joinder to the date on which Federal Defendant files its reply. This is the first request to extend Defendants' deadline to file a reply or joinder, respectively, in support of Federal Defendant's Motion to Stay Discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 11th day of October 2024.

*/s/ James A. Hill, Esq.*
James. P. Kemp, Esq.
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
Ph: (702) 258-1183; Fax: (702) 258-6983

AND

Gary M. Gilbert, Esq.
(Pro Hac Vice Admission)
James A. Hill, Esq.
(Pro Hac Vice Admission)
GILBERT EMPLOYMENT LAW, P.C.
8403 Colesville Rd, Suite 1000
Silver Spring, MD 20910
Ph: (301) 608-0880; Fax: (301) 608-0881
*Counsel for Plaintiff Diana Van Bree*

*/s/ Reem Blaik, Esq.*
Jason M. Frierson, Esq.
United States Attorney
Reem Blaik, Esq.
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd., So., Suite 1100
Las Vegas, NV 89101
Ph: (702) 388-6336
*Counsel for Defendant Frank Kendall III, Secretary, United States Air Force*

*/s/ Deverie J. Christensen, Esq.*
Deverie J. Christensen, Esq.
Nevada State Bar No. 6375
Hilary A. Williams, Esq.
Nevada State Bar No. 14645
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Ph: (702) 921-2460
*Counsel for Defendant JT4, LLC*

**IT IS SO ORDERED:**

_____
**Hon. Maximiliano D. Couvillier III**
**United States Magistrate Judge**

**DATED: 10/15/2024**

3