UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Diana Van Bree,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>JT4, LLC, et al.,<br><br>　　　　　　　Defendant(s). | 2:20-cv-00788-CDS-MDC<br><br>**Order Setting Hearing** |

　　　The parties shall appear for an in-person hearing on January 8, 2025, at 11:00am in Courtroom 3D on the *Motion to Stay Discovery* (ECF No. 95).

　　　It is so ordered.

　　　Dated this 21ˢᵗ day of November 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge