UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Diana Van Bree,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>JT4, LLC, et al.,<br><br>　　　　　Defendant(s). | 2:20-cv-00788-CDS-MDC<br><br>**ORDER GRANTING MOTION** |

**IT IS ORDERED** that the *Motion to Withdraw as Attorney* (ECF No. 107) is **GRANTED**. Lynne McChrystal, Esq. of the law firm of Jackson Lewis, P.C. is to be removed as attorney of record for defendant JT4, LLC and CM/ECF service in this matter. Deverie Christensen, Esq. will remain as counsel of record for said Defendants

DATED this 9th day of December 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge