|     |     |
| --- | --- |
| 1   | Deverie J. Christensen |
|     | Nevada State Bar No. 6596 |
| 2   | **JACKSON LEWIS P.C.** |
|     | 300 S. Fourth Street, Suite 900 |
| 3   | Las Vegas, Nevada 89101 |
|     | Tel: (702) 921-2460 |
| 4   | Email:  deverie.christensen@jacksonlewis.com |
|     | Email:  hilary.williams@jacksonlewis.com |
| 5   |     |
|     | *Attorney for Defendant JT4, LLC* |
| 6   |     |

7      **UNITED STATES DISTRICT COURT**

8      **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  DIANA VAN BREE, | Case No. 2:20-cv-00788-CDS-MDC |
| 10                     Plaintiff | |
| 11  v. | **STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL** |
| 12  JT4, LLC, a Delaware Limited Liability | |
| 13  Company, | **(FIRST REQUEST)** |
| 14                     Defendant | [ECF No. 119] |
| 15  DIANA VAN BREE, | |
| 16                     Plaintiff | |
| 17  v. | |
| 18  FRANK KENDALL III, SECRETARY, | |
|     UNITED STATES AIR FORCE, | |
| 19                     Defendant | |

20

21      Plaintiff and Defendants, by and through their respective counsel, hereby file this

22  Stipulation to Extend Deadline to File Dismissal, currently scheduled on July 18, 2025. ECF No.

23  118.

24      1.    On June 2, 2025, the parties filed a notice of settlement with the court. ECF

25  No.116.

26      2.    On June 4, 2025, the Court entered an order directing the parties to file a Dismissal

27  by July 18, 2025. ECF No. 118.

28      3.    The parties have finalized a written settlement agreement and are now circulating

Jackson Lewis
P.C.

the agreement for signatures. However, the parties need additional time for issuance of settlement funds prior to filing the Dismissal.

4. The parties request an extension to August 29, 2025, to file the Dismissal.

5. This is the first request for an extension to file the Dismissal.

6. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 17th day of July, 2025.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Gary Gilbert*<br>James P. Kemp, Esq.<br>7435 W. Azure Drive, Ste. 110<br>Las Vegas, Nevada 89130<br>jp@kemp-attorneys.com<br><br>Gary Gilbert, Esq.<br>(admitted pro hac vice)<br>James A. Hill, Esq.<br>(admitted pro hac vice)<br>GILBERT EMPLOYMENT LAW, P.C.<br>1100 Wayne Ave, Suite 900<br>Silver Spring, Maryland 20910<br>gary-efile@gelawyer.com<br>jhill-efile@gelawyer.com<br><br>*Attorneys for Plaintiff*<br>*Diana Van Bree* | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, State Bar No. 6596<br>300 S 4th Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorney for Defendant JT4, LLC*<br><br>*/s/ Reem Blaik*<br>Sigal Chattah, Esq.<br>United States Attorney<br>Reem Blaik, Esq.<br>Assistant United States Attorney<br>District of Nevada<br>501 Las Vegas Blvd., So., Suite 1100<br>Las Vegas, NV 89101<br>Reem.Blaik@usdoj.gov<br><br>*Attorneys Defendant Frank Kendall III,*<br>*Secretary, United States Air Force* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: July 21, 2025