1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
4  Email:  deverie.christensen@jacksonlewis.com

5  *Attorney for Defendant JT4, LLC*

6

7
                          **UNITED STATES DISTRICT COURT**
8
                               **DISTRICT OF NEVADA**
9

10  DIANA VAN BREE,                                Case No. 2:20-cv-00788-CDS-MDC

11              Plaintiff                          **STIPULATION FOR DISMISSAL**
                                                          **WITH PREJUDICE**
12  v.

13  JT4, LLC, a Delaware Limited Liability
    Company,
14
                Defendant
15  DIANA VAN BREE,

16              Plaintiff

17  v.

18  FRANK KENDALL III, SECRETARY,
    UNITED STATES AIR FORCE,
19
                Defendant
20

21         Defendant JT4, LLC, by and through its counsel, Defendant Frank Kendall III, Secretary,

22  United States Air Force, and Plaintiff Diana Van Bree, by and through her counsel, pursuant to

23  Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this

24

25

26

27

28

Jackson Lewis
P.C.
                                                   1

1  action, including all claims herein against all parties, with each party to bear its own attorney's

2  fees and costs.

3      Dated this 29th day of August, 2025.

4  KEMP & KEMP                                    JACKSON LEWIS P.C.

5  */s/Gary Gilbert*                              */s/ Deverie Christensen*
   Gary Gilbert, Esq.                             Deverie J. Christensen, State Bar No. 6596
6  (admitted pro hac vice)                        300 S 4th Street, Suite 900
   James A. Hill, Esq.                            Las Vegas, Nevada 89101
7  (admitted pro hac vice)                        Deverie.christensen@jacksonlewis.com
   GILBERT EMPLOYMENT LAW, P.C.
8  1100 Wayne Ave, Suite 900                      *Attorney for Defendant JT4, LLC*
   Silver Spring, Maryland 20910
9  gary-efile@gelawyer.com                        */s/ Reem Blaik*
   jhill-efile@gelawyer.com                       Sigal Chattah, Esq.
10                                                United States Attorney
                                                  Reem Blaik, Esq.
11 James P. Kemp, Esq.                            Assistant United States Attorney
   7435 W. Azure Drive, Ste. 110                  District of Nevada
12 Las Vegas, Nevada 89130                        501 Las Vegas Blvd., So., Suite 1100
   jp@kemp-attorneys.com                          Las Vegas, NV 89101
13                                                Reem.Blaik@usdoj.gov
   *Attorneys for Plaintiff*
14 *Diana Van Bree*                               *Attorneys Defendant Frank Kendall III,*
                                                  *Secretary, United States Air Force*
15

16

17                          **ORDER**

18

19      Based on the parties' stipulation, this case is dismissed with prejudice, with each party to

20 bear its own costs and fees.  The Clerk of Court is kindly instructed to close this case.

21

22

23 _____
   United States District Judge

24

25 Dated:  August 29, 2025

26

27

28